# SUPREME COURT.

## THE TYRONE & LOCK HAVEN RAILROAD COMPANY agt. ALLEN SCHENCK.

An *order*, made at special term denying a motion to dismiss the complaint on the ground that the plaintiffs had omitted to file *security for costs*, is not *appealable*.

*New - York General Term, November*, 1859.

*Present,* ROOSEVELT, *P. J.,* SUTHERLAND *and* MULLIN, *Justices.*

THIS was an appeal from an order of Justice INGRAHAM, made at special term, denying a motion to discharge the defendant from arrest; and also from an order made by Justice DAVIES at special term, denying a motion to dismiss the complaint, on the ground that the plaintiffs were a foreign corporation, and had neglected to file security for costs. The first order was made August 4th, and the second, September 9th, 1859.

JOHN W. EDMONDS *and* E. D. SHERWOOD, for the plaintiffs, moved to dismiss the appeal from the first order, on the ground that it was not made within thirty days from the time the order was entered, and because the defendant had been a second time heard since that order was entered, and the order was at such time confirmed. The second order, it was insisted by EDMONDS, counsel, was not an appealable order, it being merely an order granting leave to substitute a perfect bond for an imperfect one. He contended that no order at special term, as to costs, was appealable. He could find no precedent or provision that would allow an appeal from such orders.

MR. JAMES *and* L. S. CHATFIELD, *opposed.*

The COURT dismissed the appeal in both cases.